# **EXHIBIT A**

# **VATRA Incorporation**

# Corporations Division

## Business Entity Summary

**ID Number: 001063840**     Request certificate     New search

Summary for:  **THE PAN-ALBANIAN FEDERATION OF AMERICA VATRA (THE HEARTH) INC.**

| | |
|---|---|
| **The exact name of the Nonprofit Corporation:** THE PAN-ALBANIAN FEDERATION OF AMERICA VATRA (THE HEARTH) INC. | |
| **The name was changed from:** THE HEARTH, PAN-ALBANIAN FEDERATION OF AMERICA **on** 07-25-1921 | |
| **Entity type:** Nonprofit Corporation | |
| **Identification Number:** 001063840 | **Old ID Number:** |
| **Date of Organization in Massachusetts:** 05-10-1912 | **Date of Revival:** 4/23/2014 12:00:00 AM |
| **Date of Involuntary Revocation:** 12-11-1972 | **Last date certain:** |
| **Current Fiscal Month/Day:** 12/31 | |

**The location of the Principal Office in Massachusetts:**

Address:  778 HUNTINGTON AVE #6

City or town, State, Zip code, Country:     BOSTON,   MA   02115   USA

**The name and address of the Resident Agent:**

Name:

Address:

City or town, State, Zip code, Country:

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address | Term expires |
|---|---|---|---|
| PRESIDENT | ELMI BERISHA | 21 S. MEDIATION AVE WAPPINGERS FALLS, NY 12592 USA | 01-19-2022 |
| TREASURER | MARJAN CUBI | 51 FOWLER AVE YANKERS, NY 10701 USA | 01-19-2022 |
| VICE PRESIDENT | PASHKO R CAMAJ | 166 EAGLE AVE NEWMILFORD, NJ 07646 USA | 01-19-2022 |
| VICE PRESIDENT | ADRIATIK SPAHIU | 7801 POINT DR UNIT 2401 JACKSONVILLE, FL 32256 USA | 01-19-2022 |
| CLERK | ARIANA BEJA | 778 HUNTINGTON AVE BOSTON, MA 02115 USA | 01-19-2022 |

| | | | |
|---|---|---|---|
| VICE PRESIDENT | ERVIN DINE | 15 65TH ST WEST NEW YORK, NJ 07093 USA | 01-19-2022 |
| VICE PRESIDENT | BESIM MALOTA | 80 MIDLAND RD TRUMBULL, CT 06611 USA | O1/19/2022 |
| VICE PRESIDENT | ALFONS GRISHAJ | 133 MAIE RD STERLING HEIGHTS, MI 48313 USA | 01-19-2022 |
| ASSISTANT CLERK | NAZO VELIU | 810 PELHAM PKWY SOUTH BRONX, NY 10462 USA | 01-19-2022 |
| DIRECTOR | DALIP GRECA | 2514 YOUNG AVE BRONX, NY 10467 USA | 01-19-2022 |
| DIRECTOR | MARK MARNACAJ | 19 VERONA AVE YONKERS, NY 10716 USA | 01-19-2022 |
| DIRECTOR | IBRAHOM KOLARI | 363 NAUGHTON AVE STATEN ISLAND, NY 10305 USA | 01-19-2022 |
| DIRECTOR | SKENDER MURTEZANI | 7200 DAUGLASTON QUEENS, NY 11362 USA | 01-19-2022 |
| DIRECTOR | AGUSTIN MIRAKA | 719 WARING AVE # 4C BRONX, NY 10467 USA | 01-19-2022 |
| DIRECTOR | SOKOL BEJLERI | 35-11 DITMARS BLVD LUNG ISLAND, NY 11105 USA | 01-19-2022 |
| DIRECTOR | MERITA B MCCORMACK | 19813 FIOSTRA LA LESSBURG, VA 20175 USA | 01-19-2022 |
| DIRECTOR | IDRIZ LAMAJ | 2184 BARNES AVE BRONX, NY 10462 USA | 01-19-2022 |
| DIRECTOR | ZEF BALAJ | 3062 BAINBRIDGE AVENUE BRONX, Y 10462 USA | 01-19-2022 |
| DIRECTOR | MONDI RAKAJ | 47465 BARBARA DR MACOMB, MI 48044 USA | 01-19-2022 |
| DIRECTOR | MARIANA BUKLU | 1002 81ST BROOKLYN, NY 11214 USA | 01-19-2022 |

| ☐ Consent | ☐ Confidential Data | ☐ Merger Allowed | ☐ Manufacturing |
|---|---|---|---|

**View filings for this business entity:**

ALL FILINGS
Annual Report
Application For Revival
Articles of Amendment
Articles of Consolidation - Foreign and Domestic

[View filings]

**Comments or notes associated with this business entity:**

New search