# **EXHIBIT B**

**Website of Illegitimate VATRA**



## VATRA

FEDERATA PAN-SHQIPTARE E AMERIKES /PAN-ALBANIAN FEDERATION OF AMERICA

# WELCOME- MIRESEVINI



FEDERATA PAN-SHQIPTARE E AMERIKES VATRA
28 PRILL 1912
THE PAN-ALBANIAN FEDERATION OF AMERICA VATRA THE HEARTH
28 APRIL 1912

*Faqja elektronike ndertuar nga Komisioni VATRA 5 Tetor 2019 dhe VATRA Washington DC*



Komisioni VATRA 5 Tetor 2019 ka kënaqsinë t'ju njoftoj se "VATRA" mban Kuvendin e saj ditën e shtunë më 31 Tetor 2020,  në ora 10.00 te mëngjesit në Portofina Restaurant – Salla e Konferencave. Ju njoftojmë se per përshkak  të virusit Covid -19 numri i pjesëmarrësve do të jetë i kufizuar. Ne pamundësi te presencës suaj  ju mund të na nderoni me pjesmarrjen tuaj nëpermjet lidhjes elektornike nepermjet ketij linku : https://meetmsk.zoom.us/j/92959273285

Me respekt -Komisioni VATRA 5 Tetor 2019 .**Anetaret e Komisionit VATRA 5 Tetor 2019: Z.Sergio Bitici, Z. Ahmet Giaffo, Z. Ahmet Hoti , Z.Nexhat Kalici,   Z.Kris Kirka , Dr. Elton Mara, Z.Armin Zotaj**

**Adresa : Portofino Restaurant – 555 City Island Ave, Bronx New York 10464**

**Nr i telefonit 718-885-1220 -Salla e Konferencave.**

 Ju lutemi konfirmoni ardhjen tuaj në adresën e mësiperme  jo me vonë se 19 Tetor 2020. Ju lutemi konfirmoni numrin e personave që do të dëshirojnë te jenë present. Nëpërmejt email : komisionivatra@gmail.com

**Ose nepermjet postes tek adresa : Bronx PO Box 622504, Bronx New York 10462**

The Commission of 5^(TH) October 2019 is pleased to inform that VATRA will be holding its Convention on Saturday, October 31^(st) 2020. The convention will be held at the conference center of Portofino Restaurant starting at 10am. In the event that your in-person participation is not possible due to restrictions related to COVID-19, you can connect with us through this link. https://meetmsk.zoom.us/j/92959273285

Respectfully. The Commission of 5^(th) October 2019.  Members:Z.Sergio Bitici, Z. Ahmet Giaffo, Z. Ahmet Hoti , Z.Nexhat Kalici,  Z.Kris Kirka , Dr. Elton Mara, Z.Armin Zotaj

Venue Information: Conference center Portofino Restaurant – 555 City Island Ave, Bronx New York 10464 Tel: 718-885-1220

Seating is limited due to restrictions related to COVID-19. Please RSVP your participation no later than October 19^(th), 2020  at komisionivatra@gmal.com; or PO Box 622504, Bronx NY 10462

# MISIONI – THE MISSION

*Të rrisë në mes Shqiptarëve të Amerikës dhe me anë të tyre në mes Shqiptarëve kudo ata banojnë (Shqipëri, Kosovë, në trojet tjera etnike dhe në të gjitha vendet e Botës) shpirtin e ndihmës për njëri-tjetrin dhe të dashurisë për vendin dhe kombin me aktivitete patriotike, konferenca, simpoziume dhe botime;*

*To promote among Albanians living in the United States of America ("America" or "USA") and, through them, among Albanians wherever they may live (Albania, Kosova, other ethnic regions and countries throughout the world) the spirit of helping one another and of love for the motherland and for the nation, by means of patriotic activities, conferences, symposiums and publishing books and magazines.*

*Të rrisë mes tyre respektin dhe dashurinë për kushtetutën, ligjet dhe institucionet e SHBA, të Shqipërisë dhe të shteteve tjera demokratike ku ata jetojnë, si dhe të forcojë marrëdhëniet e miqësisë në mes qytetarëve amerikanë, qytetarëve të vendeve të tjera dhe shqiptarëve;*

*To promote among them respect and love for the Constitution, laws, and institutions of*

*the USA Albania and other democratic countries where they live; to strengthen friendly relations among Albanians and American citizens and those of other countries.e*

Proudly powered by WordPress

**DONATE**



Thank you for your donation

**PLEASE FOLLOW & LIKE US :)**

 

DOSSIER- VATRA

BY LAWS

5 OCTOBER COMMISSION 2019

PRESS STATEMENTS

OPINIONS



**AHMET XHAFO** KRYETAR I FEDERATES PAN-SHQIPTARE TE AMERIKES VATRA TETOR 2020

I lindur ne Filat të Çamerisë në një famije të njohur për bujari, mikpritje, dhe trimëri.  Babai i tij, Taip Xhafo, rrjedhë nga një famil-je pashallarësh, dhe merrej me tregëti.  Xhaxhai i tij, Kasimi kishte emigruar në SHBA para Luftës së Dytë Botërore.

Qershori i vitit 1944 ishte viti më barbar për pupullin martir çam, të cilët u gjendën të pambrojtur.  Bandat gjakatare të Zervës u sulën