# EXHIBIT C

**Unlawful Registration**



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Thu Oct 22 03:17:22 EDT 2020

[TESS Home] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | THE · **PAN- ALBANIAN** · FEDERATION · OF · AMERICA · THE HEARTH VATRA · INCORPORATED · BOSTON · MASS · JUNE · 13 · 1912 |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Providing on-line non-downloadable newspapers |
| **Mark Drawing Code** | (0) UNKNOWN |
| **Serial Number** | 90187864 |
| **Filing Date** | September 17, 2020 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Pan Albanian Federation Of America DC Chapter non-profit organization D.C. 631 W Church Road Sterling VIRGINIA 20164 |
| **Description of Mark** | The mark consists of a seal where the name THE PAN ALBANIAN FEDERATION OF AMERICA THE HEARTH is all around. In middle is a hearth (like a fire place) VATRA in the top of hearth and in the bottom is Incorporated Boston, MA 13 June 1912. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY