# **EXHIBIT D**

**Copies of *DIELLI***

# Dielli

**The Oldest Albanian Newspaper in Print**

**1909 - 2020**

VATRA & DIELLI
2437 SOUTHERN BLVD
BRONX, NY 10458
Email: gazetadielli@gmail.com
Web: www.gazetadielli.com
Tel: (718) 365-6852

January 2020
Vol 110 No. 01
ISSN 2166 - 9139
English and Albanian

## KUVENDI I DASHURISË, MIRËKUPTIMIT DHE SHPËTIMIT TË VATRËS



F 3-19

## DI, Leksion për mokracinë

...n më të fituar se asnjëherë tjetër duke ... kryetarë, njërin ekzekutiv, dhe tjetrin ...Vatra merret me politikë kombëtare dhe ...sht bashkimin e nacionit me trojet e veta ...ëm...

...hës është dëshmia e rradhës, por tejet ...se sa i shenjtë është uniteti në Vatër. ...r krahinorizmin në Vatër, e as për "llogari



për "llogari përqindjesh". Kështu mund të pohojmë se Kuvendi i Vatrës që u zhvillua në Michigan, bëri detyrën ndaj shqiptarizmit dhe ndaj vetë prestigjit shekullor të Vatrës. Tashmë Vatra ka një kryetar nga trevat e Dardanisë sepse vatranët nacionalistë e shohin Elmi Berishën si përfaqësues të Shqipërisë Etnike, dhe jo si flamur ngjyrash të huazuara, por vetëm si personi...



### Dielli (The Sun)

*Owned and Published by*
The Panalbanian Federation of America, Vatra
(The Hearth)
Founded in Boston, MA, April 28, 1912
ISSN 2166-9139 (Print)
2437 Southern Blvd., Bronx NY 10458
Tel: 718-3656852
gazetadielli@gmail.com
Photo Journalist: Dritan Haxhia

### KRYESIA/Executive Body of the Board

### Elmi BERISHA - President

- Alfons GRISHAJ; Zv/President për çështje politike
- Ervin DINE ; Zv/President- Për çështjet inovative, integruse dhe rininë
- Besim MALOTA ; Zv/ President- Për çështjet organizative
- Pashko CAMAJ ;Zv/President- Për Marrdhëniet me Komunitetin dhe për Edukimin
- Adriatik SPAHIU ; Zv/President-Për degët dhe shtimin e anëtarësive.
- Nazo VELIU; Sekretare
- Marjan CUBI- arkëtar
- Zef BALAJ ; Anëtar
- Anton RAJA; Anëtar
- Agustin MIRAKAJ; Anëtar
- Dr Skender MURTEZANI; Anëtar
- Merita B McCormack; Anëtare
- Marjana BULKU ; Anëtare
- Idriz LAMAJ ; Anëtar
- Ibrahim KOLARI ; Anëtar
- Sokol BEJLERI ; Anëtar
- Mark MRNACAJ; Anëtar
- Milaim TAHIRI ; Anëtar
- Mondi RAKAJ ; Anëtar
- Zudi KARAGJOZI; Anëtar
- Dalip GRECA ; Anëtar

### KESHILLI/ Board of Directors

1- Sabit BYTYÇI- Kryetar i Këshillit
2- Albina Gjergji- Këshilltare për mediat dhe marrdhëniet me publikun

### Founders

Fan S. Noli & Faik Konica
Agim Karagjozi Honorary President
Agim Rexhaj-Honorary President

### Honorary Members

Prof. Dr. Beqir Meta
Ambasador Mal Berisha

18- Dritan Haxhia
19- Dem Balidemaj
20- Bedri Lita
21- Eduart Aranitasi
22- Erion Bardhi
23- Eduard Haxhia
24- Frederik Ndoci
25- Franc Anton Dodaj
26- Fero Gjonbalaj
27- Av. Harry Metuku
28- Av. Ylli Cakani
28- Gezim Nika
29- Gjok Deçkaj
30- Gjergj Ivezaj
31- Gjok Lulaj
32- Hysen Ulaj
33- Henry Gjonbalaj
34- Ilir Cubi
35-Ilirjan Blloshmi
36- Ismer Mjeku
37- Isuf Spahiu
38- Kujtim Porja
39- Klarent Novaku
40- Lek Mirakaj
41- Lumo Cungu
42- Liridona Malota
43- Luz Thaçi

44- Lek Perlleshi
45- Nazmi Berisha
46- Muhamet Omari
47- Marko Kepi
48- Mehmet Kadria
49- Mhill Velaj
50- Mhill Gjuraj
51- Medi Hoxha
52- Ndrece Gjergji
53- Prend Qeta
54- Paulin Mrnaçaj
55- Rafaela Prifti
56- Ramiz Muja
57- Ramadan Gashi
58-Simon Qafa
59 - Sejdi Husenaj
60- Syl Ramushi
61- Sali Haxhibrahimi
62- Sokol Selmani
63- Shpresa Gallo
64- Shaqir Salihu
65- Shkumbin Tetaj
66 - Tonin Mirakaj
67- Thanas Gjika
68- Ylli Dosku
69- Valentin Lumaj
70- Xhafer Berisha
71- Xhafer Aga