## **EXHIBIT E**

**Cease and Desist Letter**

# P A K R O O H.

90 Canal Street, Suite 400
Boston, MA 02114

(617) 874-1411
WWW.PAKROOHLAW.COM
darius@pakroohlaw.com

October 22, 2020

**VIA U.S. Priority Express Mail**

Pan Albanian Federation of America DC Chapter
631 W Church Road
Sterling, VA 20164

Z.Sergio Bitici-Adresa                    Z. Ahmet Hoti
23 Chase Drive                            310 S 3rd Street APT #32
Hansonville, NY 12439                     BROOKLYN, NY 11211

Z. Ahmet Giaffo-Adesa                     Z.Nexhat Kalici
74 Villa Ct                               193 South Plank Road
Pismo Beach, CA 93449                     Newburgh, NY 12550

Z.Kris Kirka                              Dr. Elton Mara
2500 Hering Avenue                        38 Jardine Avenue
Bronx, NY 10469                           Staten Island, NY 10314

Z.Armin Zotaj
5524 Shadowwood Drive
Virginia Beach, VA 23455

**And VIA Email**

The Commission
PO Box 622504
Bronx, New York 10462
komisionivatra@gmal.com

**RE: Infringement of The Pan-Albanian Federation of America Vatra Marks and Other Violations**

Dear Sir or Madam:

Please be advised this office has been retained by The Pan-Albanian Federation of America Vatra (The Hearth) Incorporated ("PAFAV") to pursue its claims against you for violation of, inter alia, its intellectual property rights.

# PAKROOH.

90 Canal Street, Suite 400
Boston, MA 02114

(617) 874-1411
WWW.PAKROOHLAW.COM
darius@pakroohlaw.com

Given your tenured dealings with PAFAV, you are well-informed of its extensive history dating back to its registered formation in 1912 in Boston, Massachusetts. PAFAV is an internationally recognized and highly esteemed non-profit corporation serving the Albanian community worldwide for more than 100 years. PAFAV has, among many other notable endeavors, successfully maintained the *Dielli* newspaper, the oldest Albanian newspaper, in print form since 1909. PAFAV has advocated on behalf of Albanian's globally, made donations to Albanians in need, awarded scholarships, and achieved critically acclaimed recognition amongst its members, the greater Albanian community, and U.S. and Albanian political and business leaders globally.

As a result of its more than 100 years of operations, the name, The Pan-Albanian Federation of America Vatra (The Hearth), and "VATRA" (collectively, "PAFAV Trademark"), and its



service mark,                                    ("PAFAV Service Mark"), have garnered incalculable commercial value.

We write to you concerning your unauthorized use of the PAFAV Trademark and the PAFAV Service Mark. You unauthorized use has caused, and continues to cause, irreparable damage to PAFAV. We have recently learned that you maintain a website unlawfully using the name and likeness of the PAFAV Trademark and the PAFAV Service Mark. *See* Exhibit A. You also maintain a Facebook page that makes unauthorized use of the PAFAV Trademark. *See* Exhibit B. Additionally, we also learned you are intentionally using the PAFAV Trademark and PAFAV Service Mark without authorization when promoting a convention ("Convention") scheduled for Saturday, October 31st, 2020 at Portofino Restaurant in Bronx, New York. *See* Exhibit A. Your promotion of the event is unlawfully placed under the auspices of, name of, and in association with, PAFAV.

Even more egregious is that you have turned your violations of PAFAV's intellectual property rights into an instrument for monetary gain by collecting fees, payments, and donations at your Convention and in your ordinary course of business. *See* Exhibit A. This scheme unlawfully misleads PAFAV's current members and supporters to remit funds to you when those funds are intended for PAFAV. Nonetheless, you benefit from these monies from your unauthorized and unlawful use of the PAFAV Trademark and the PAFAV Service Mark. Your scheme deprives PAFAV of these economic benefits.



90 Canal Street, Suite 400
Boston, MA 02114

(617) 874-1411
WWW.PAKROOHLAW.COM
darius@pakroohlaw.com

Be advised that you have not been authorized to carry out any of the acts described herein. On January 19, 2020, the Pan Albania Federation of America – DC Chapter ("PAFAV – DC Chapter") was voted to be disbanded. Irrespective of whether you agree with that decision, your actions remain unlawful. Furthermore, on numerous occasion you were explicitly requested to cease and desist your activities.

Despite these numerous warning, and multiple attempts by PAFAV to amicably resolve this matter with you, on September 17, 2020 you intentionally and in bad faith filed with the United States Patent and Trademark Office for the PAFAV Service Mark. *See* Exhibit C. This is not a mere coincidence but rather a deliberate act by you to hijack PAFAV's intellectual property. Your filing, inter alia, is, unlawful, immoral and free rides on PAFAV.

The circumstances surrounding your acts and omissions, including, and not limited to, your tenured relationship with and knowledge of PAFAV's long history and reputation in the Albanian community, and your disagreements with the PAFAV and its management, unequivocally support a finding that your infringement is blatant, intentional, and willful.

Given PAFAV's recognition and good will, your use of the PAFAV Trademark and the PAFAV Service Mark will cause its current and future members, members of the Albanian ethic community, and United States and Albanian political and business leaders to be confused and mistakenly believe that PAFAV is the source of, affiliated with, sponsors or endorses your services.

Your actions constitute, inter alia, willful trademark infringement, unfair competition, cyber piracy and dilution in violation of Sections 43(a), 43(c) and 43(d) of the Lanham Act, and subject you to monetary damages including treble damages based on the willful nature of the infringement. Additionally, PAFAV believes that your conduct is tortious and highly suggestive of your intentional interference with PAFAV's contractual relationships with its current members, and, moreover, a fraudulent scheme designed to artificially deprive PAFAV of its current and future membership, newspaper sales, donations, and economic gains.

We have strong reason to believe your above-stated actions also violate Massachusetts General Laws, Chapter 93A ("The Massachusetts Consumer Protection Statute"), which also may subject you to double or treble damages, and award of attorney's fees and costs. Your failure to cease and desist use of the PAFAV Trademark and the PAFAV Service Mark, and your bad faith filing with the United States Patent and Trademark Office, constitute knowing and willful violation of Chapter 93A.



90 Canal Street, Suite 400
Boston, MA 02114

(617) 874-1411
WWW.PAKROOHLAW.COM
darius@pakroohlaw.com

PAFAV takes your violations, including your unlawful use of its intellectual property, very seriously and seeks to resolve this matter without resorting to litigation including filing an application for a temporary restraining order. Accordingly, to resolve this matter efficiently and amicably out of court, please confirm that you will immediately:

1. assign to PAFAV the September 17, 2020 filing of the PAFAV Service Mark;

2. cease and desist all uses of the PAFAV Trademark, and any similar name or likeness;

3. cease and desist all uses of the PAFAV Service Mark and any similar name or likeness;

4. cease and desist from any and all development, sale distribution and promotion of any and all products, services and events in connection with the PAFAV Trademark and the PAFAV Service Mark;

5. cease and desist the use of The Pan-Albanian Federation of America Vatra - DC Chapter, and any similar name or likeness;

6. cease and desist the operation of the "PAFAV- DC Chapter" as an entity or group;

7. deactivate the website located at < https://federatapanshqiptarevatra.com>, unlock the domain name to allow it to be transferred and provide us with the any code to facilitate such transfer;

8. deactivate all social media accounts created and/or used in connection with "PAFAV-DC Chapter", and The Pan-Albanian Federation of America Vatra (The Hearth), including and not limited to, the Facebook account located at https://www.facebook.com/Pan-Albanian-Federation-of-America-Vatra-the-Hearth-DC-Chapter-130222160391703/ (see Exhibit B);

9. terminate any promotion of the Convention that references or associates with PAFAV;

10. return all documents and records in your possession or control associated with "PAFAV- DC Chapter";

11. return all monies collected by you for the "PAFAV- DC Chapter";

12. return all monies collected by you where the effort to collect money incorporated the use of either the PAFAV Trademark or PAFAV Service Mark; and



90 Canal Street, Suite 400
Boston, MA 02114

(617) 874-1411
WWW.PAKROOHLAW.COM
darius@pakroohlaw.com

13. Disclose all bank accounts maintained by "PAFAV- DC Chapter"

We further demand that you immediately confirm to us, in writing, no later than 5:00 p.m. Easter Standard Time on Monday, October 26, 2020, your intent to comply promptly with our demands, failing which our client will proceed with the necessary measures to protects it valuable rights, including, if necessary, securing injunctive relief in court against you, and recovering all appropriate damages, including treble damages, attorney's fees and costs.

Furthermore, PAFAV will pursue claims of contributory trademark infringement and contributory unfair competition, among others, against *any person* or entity that furthers, assist, or associate with you.

Should you wish to discuss any aspect of this matter, we suggest you have your legal representative contact the undersigned before the above-referenced deadline.

Nothing herein is intended to limit my client's rights or claims, nor shall anything be deemed to be a limit or waiver of any of my client's rights at law or in equity.


Very truly yours,

Darius Pakrooh, Esq.


Enclosures (3)
cc: The Pan-Albanian Federation of America Vatra (The Hearth) Incorporated (by Email and
First-Class Mail)



# VATRA

FEDERATA PAN-SHQIPTARE E AMERIKES /PAN-ALBANIAN FEDERATION OF AMERICA

---

# WELCOME- MIRESEVINI



**FEDERATA PAN-SHQIPTARE E AMERIKES VATRA**
**28 PRILL 1912**
**THE PAN-ALBANIAN FEDERATION OF AMERICA VATRA THE HEARTH**
**28 APRIL 1912**

*Faqja elektronike ndertuar nga Komisioni VATRA 5 Tetor 2019 dhe VATRA Washington DC*

*Build by VATRA's 5th October Commission And VATRA Washington DC*



FEDERATA PAN-SHQIPTARE E AMERIKES VATRA (THE HEARTH)



KOMISIONI I VATRES 5 TETORI 2019
KUVENDI I FEDERATES PANSHQIPTARE TE AMERIKES VATRA
NEW YORK 31 TETOR 2020

Komisioni VATRA 5 Tetor 2019 ka kënaqsinë t'ju njoftoj se "VATRA" mban Kuvendin e saj ditën e shtunë më 31 Tetor 2020,  në ora 10.00 te mëngjesit në Portofina Restaurant – Salla e Konferencave. Ju njoftojmë se per përshkak  të virusit Covid -19 numri i pjesëmarrësve do të jetë i kufizuar. Ne pamundësi te presencës suaj  ju mund të na nderoni me pjesmarrjen tuaj nëpermjet lidhjes elektornike nepermjet ketij linku : https://meetmsk.zoom.us/j/92959273285

Me respekt -Komisioni VATRA 5 Tetor 2019 .**Anetaret e Komisionit VATRA 5 Tetor 2019: Z.Sergio Bitici, Z. Ahmet Giaffo,** Z. Ahmet Hoti , Z.Nexhat Kalici,   Z.Kris Kirka , Dr. Elton Mara, Z.Armin Zotaj

**Adresa :** **Portofino Restaurant – 555 City Island Ave, Bronx New York 10464**

**Nr i telefonit 718-885-1220 -Salla e Konferencave.**

 **Ju lutemi konfirmoni ardhjen tuaj në adresën e mësiperme  jo me vonë se 19 Tetor 2020. Ju lutemi konfirmoni numrin e personave që do të dëshirojnë te jenë present**. **Nëpërmejt email : komisionivatra@gmail.com**

**Ose nepermjet postes tek adresa : Bronx PO Box 622504, Bronx New York 10462**

The Commission of 5TH October 2019  is pleased to inform that VATRA will be holding its Convention on Saturday, October 31st 2020.  The convention will be held at the conference center of Portofino Restaurant starting at 10am.  In the event that your in-person participation is not possible due to restrictions related to COVID-19, you can connect with us through this link. https://meetmsk.zoom.us/j/92959273285

Respectfully.   The Commission of 5th October 2019.   Members:Z.Sergio Bitici, Z. Ahmet Giaffo, Z. Ahmet Hoti , Z.Nexhat Kalici,   Z.Kris Kirka , Dr. Elton Mara, Z.Armin Zotaj

Venue Information: Conference center Portofino Restaurant – 555 City Island Ave, Bronx New York 10464 Tel: 718-885-1220

Seating is limited due to restrictions related to COVID-19. Please RSVP your participation no later than October 19th, 2020  at komisionivatra@gmal.com; or PO Box 622504, Bronx NY 10462

# MISIONI – THE MISSION

*Të rrisë në mes Shqiptarëve të Amerikës dhe me anë të tyre në mes Shqiptarëve kudo ata banojnë (Shqipëri, Kosovë, në trojet tjera etnike dhe në të gjitha vendet e Botës) shpirtin e ndihmës për njëri-tjetrin dhe të dashurisë për vendin dhe kombin me aktivitete patriotike, konferenca, simpoziume dhe botime;*

*To promote among Albanians living in the United States of America ("America" or "USA") and, through them, among Albanians wherever they may live (Albania, Kosova, other ethnic regions and countries throughout the world) the spirit of helping one another and of love for the motherland and for the nation, by means of patriotic activities, conferences, symposiums and publishing books and magazines.*

*Të rrisë mes tyre respektin dhe dashurinë për kushtetutën, ligjet dhe institucionet e SHBA, të Shqipërisë dhe të shteteve tjera demokratike ku ata jetojnë, si dhe të forcojë marrëdhëniet e miqësisë në mes qytetarëve amerikanë, qytetarëve të vendeve të tjera dhe shqiptarëve;*

*To promote among them respect and love for the Constitution, laws, and institutions of*

*the USA Albania and other democratic countries where they live; to strengthen friendly relations among Albanians and American citizens and those of other countries.***e**

Proudly powered by WordPress



Nonprofit Organization

Send Message

Home    About    Photos    More    Like

## About                                          See All

Virginia, Maryland and
Washington DC Washington
D.C., DC 20005

VATRA was founded on April 28 1912 in Boston
Massachusetts. The oldest Albanian Organization in the USA

VATRA DC Chapter was founded on June 19, 2010. It covers

Washington DC and the surrounding states of Maryland, Virginia, Delaware, North Carolina, Wes... **See More**

3,139 people like this

3,206 people follow this

204 people checked in here

https://federatapanshqiptarevatra.com/

Send Message

vatrafederationdc@gmail.com

**Always Open**

Nonprofit Organization

## Photos

See All









## Videos

See All



25:37

**Lamtumire Zef Perndocaj Ish Kryetari I Vatres Dr.Gjon Bu...**

 36

1.1K Views · 7 weeks ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

☐    Page created - June 15, 2011

☐    Page manager location: United States

## Related Pages

 **Albanian Embassy to the US**
Consulate & Embassy

☐ **Like**

 **Gazeta Dielli**
Media

☐ **Like**

 **Komisioni VATRA**
Charity Organization

☐ **Like**

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

Privacy · Terms · Advertising · Ad Choices ■ · Cookies · More · Facebook © 2020



**Create Post**

Photo/Video          Check in          Tag Friends

 **Pan Albanian Federation of America Vatra (the Hearth) DC Chapter**

1d · ■

One of the founders of VATRES Faik Konica in the quality of the Albanian Kingdom Minister in Washington would sign the agreement between the US and the Albanian Kingdom on October 22, 1928 in Washington. Meanwhile Vatrani Koco Kota was the first prime minister of the Albanian Kingdom and his telegram to the Secretary of State at the time.

■ · See original · Rate this translation

---

AILBANIA                                                    853

711.7512A/10

*The Albanian Minister (Konitza) to the Secretary of State*

[Washington,] *October 9, 1928.*

Sir: With reference and as a sequel to my letter dated July 31, 1928,[13] I have the honor to inform you that I have now received instructions to sign both the Treaty of Arbitration and the Treaty of Conciliation, and also the Treaty for the Renunciation of war.[14] I have the honor to enclose a copy of the documents appointing me a Plenipotentiary for the signing of these treaties. I have the Albanian texts ready.

My Government having asked me to pay as soon as possible a visit to Tirana in connection with some internal affairs, I shall wait for the signing of these treaties and I will take them with me and hope

ARTICLE III

The present treaty shall be ratified by the President of the United States of America by and with the advice and consent of the Senate thereof and by Albania in accordance with its constitutional laws.

*Foreign Relations, 1907, pt. 2, pp. 1181, 1188.*

Mr. Minister:
I have had the honor to receive your letter of the 14th instant by which Your Excellency kindly informed me that the government of

*Not printed.*

852          FOREIGN RELATIONS, 1928, VOLUME 1

ALBANIA                                          855

The ratifications shall be exchanged at Washington as soon as possible, and the treaty shall take effect on the date of the exchange of the ratifications. It shall thereafter remain in force continuously unless and until terminated by one year's written notice given by either High Contracting Party to the other.

In faith whereof the respective Plenipotentiaries have signed this treaty in duplicate in the English and Albanian languages, the English text to have authority in case of conflict between the two texts, and hereunto affixed their seals.

Done at Washington the twenty-second day of October in the year one thousand nine hundred and twenty-eight.

FRANK B. KELLOGG      [SEAL]
FAIK KONITZA          [SEAL]

the American Republic had taken note of the resolution of the Constituent Assembly of Albania concerning the establishment of the Monarchical régime in Albania and the elevation to the throne of His Majesty, Zog I, King of the Albanians.

This set of cordial friendship on the part of your honorable Government, recognizing, among the first, the new régime in Albania, is very much appreciated by the Royal Government and the Albanian people, who see in it one more testimonial of the sympathetic sentiments of the great Republic towards Albania.

I pray that Your Excellency be kind enough to interpret to His Government the warmest thanks and the profoundest gratitude of the Royal Government for this amiable action on the part of the Government of the Republic, an action which will add new forces to the cordial relations which exist so happily between our two countries.

I beg Your Excellency to kindly accept the assurances of my very high consideration.

The President of the Council,
Minister for Foreign Affairs, ad interim
K. Kotta

👍 6                                          1 Share

Like          Comment          Share

Write a comment...

 **Pan Albanian Federation of America Vatra (the Hearth) DC Chapter**
1d · 

VATRES branch in Washington DC although excluded from the Assembly Not legitimate of the shame of January 2020 continues its work and is heading towards the Assembly of VATRES on October 31, 2020 in the Bronx

When others are silent in VATER on December 1, 2018 The VATRES branch in Washington DC requested this:

The VATRES branch in Washington on December 1, 2018 has officially requested an extraordinary meeting of VATRES for this publication for the Albanian opinion of Mr. B... **See More**

🔷 · See original · Rate this translation



**Pan Albanian Federation of America Vatra (the Hearth) DC Chapter**
December 11, 2018 · 🔹

On November 2, 2018 Z. Agron Tufa visited the headquarters of the Pan-Albanian Federation of America VATRA in New York. The editor of the newspaper Sun has refl... **See More**

🔷 · See original · Rate this translation

👍 11                                                    1 Share

| 👍 Like | 💬 Comment | ↪ Share |

✍ Write a comment...

 **Pan Albanian Federation of America Vatra (the Hearth) DC Chapter**
2d · 

Sali Bollati ne artikuj e tij Konspiracioni, Dredhia, Dinakëria Dhe Grabitja Greke Që Nga Lashtësia mes te tjerash thekson

"Dhe mbas pushtimit te Çamerise me 1913; jo vetem qe nuk hapen shkolla; por te krishtereve ju ndalua dhe vazhdon edhe sot t'ju ndalohet gjuha shqipe ndersa  per Çamet musulmane, megjithese Lidhja e kombeve si edhe Kryeminstri Pangallos i njohen si minoritet shqiptar, ju mohuan te gjitha te drejtat deri me vrasje e masakra i shperngulen nga Trojet e pron... **See More**

See Translation





👍❤️ 7                                    2 Shares

| 👍 Like | 💬 Comment | ↪ Share | |
|---|---|---|---|

 Write a comment...

 **Pan Albanian Federation of America Vatra (the Hearth) DC Chapter**
3d · 

Miremengjes nga Washington DC .  Lindja e diellit ne kryeqytetin amerikan.

Every Morning Starts A New Page In Your Story. Make It Great One Today ---Unknown... **See More**

See Translation



👍❤️ 11                                                        1 Share

Like            Comment            Share

Write a comment...

**Pan Albanian Federation of America Vatra (the Hearth) DC Chapter**
3d ·

The UN programme World Food Organization was declared the winner of the Nobel Peace Prize this year. US has contributed 43 % of this organization's budget program for 2020. This aid was critical for this year when the world was blocked by the virus coming from Communist China

Meanwhile, the contribution of China to this organization for the 2020 budget was only 0.6 percent.

Although they claim to be superpower and the main causes of the virus that caused 1.1 million deaths, 3... **See More**

■ · See original · Rate this translation

# 2020 UN WORLD FOOD PROGRAMME CONTRIBUTORS

## USA (43%)

*The Trump Administration has increased U.S. government support for the WFP by more than 35% from 2016 to 2020.*

## CHINA (.06%)

## ALL OTHERS



**U.S. Department of State**

4d · ■

Secretary Pompeo: Americans have supplied 43% of the Nobel Prize winning World Food Programme's 2020 budget, by far the greatest contribution from any nation. T... **See More**

👍 4                                    2 Shares



Cease and Desist Letter - Exhibit C



United States Patent and Trademark Office

**Home** | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Oct 22 03:17:22 EDT 2020*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | THE · **PAN- ALBANIAN** · FEDERATION · OF · AMERICA · THE HEARTH VATRA · INCORPORATED · BOSTON · MASS · JUNE · 13 · 1912 |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Providing on-line non-downloadable newspapers |
| **Mark Drawing Code** | (0) UNKNOWN |
| **Serial Number** | 90187864 |
| **Filing Date** | September 17, 2020 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Pan Albanian Federation Of America DC Chapter non-profit organization D.C. 631 W Church Road Sterling VIRGINIA 20164 |
| **Description of Mark** | The mark consists of a seal where the name THE PAN ALBANIAN FEDERATION OF AMERICA THE HEARTH is all around. In middle is a hearth (like a fire place) VATRA in the top of hearth and in the bottom is Incorporated Boston, MA 13 June 1912. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |