# **EXHIBIT F**

# **VATRA Foundation, Inc. Website**

# Vatra Foundation Inc.

Home     Contact     f

## MISSION STATEMENT

Vatra Foundation Inc, was created to provide funds and serve as a conduit for educational, cultural and humanitarian programs related to issues primarily concerning Albanians in Kosova, Macedonia, Albania and diaspora.

### SMILE.AMAZON.COM

To donate to the Vatra foundation via Amazon Smile. Simply sign on to your Amazon Smile account and choose Vatra Foundation Inc. as your non-profit choice.

The Vatra Foundation is a 501 C3 - Non-Profit - Charitable Organization. All donations are 100% Tax Dedutible.

193 South Plank Road, Newburgh, NY 12550
Tel: 845-565-0818

↧ VATRA NEWSLETTER



My Blood My Compromise

# NYS Department of State

## Division of Corporations

## Entity Information

The information contained in this database is current through December 18, 2020.

Selected Entity Name: VATRA FOUNDATION INC.
Selected Entity Status Information

**Current Entity Name:** VATRA FOUNDATION INC.
**DOS ID #:** 2281068
**Initial DOS Filing Date:** JULY 21, 1998
**County:** BRONX
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC NOT-FOR-PROFIT CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information
**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
VATRA FOUNDATION INC.
2437 SOUTHERN BLVD.
BRONX, NEW YORK, 10458

**Registered Agent**
NONE

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not

recorded and only available by viewing the certificate.

***Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|

No Information Available

*Stock information is applicable to domestic business corporations.

**Name History**

| Filing Date | Name Type | Entity Name |
|---|---|---|
| JUL 21, 1998 | Actual | VATRA FOUNDATION INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results  |  New Search

Services/Programs  |  Privacy Policy  |  Accessibility Policy  |  Disclaimer  |  Return to DOS Homepage  |  Contact Us

